Jane Murphy, as Administratrix of the Estate of Cor-
nelius Murphy, Deceased, Respondent, *v.* Eighth
Avenue Railroad Company, Appellant.

*Negligence — railroads — pedestrian killed while crossing street railway
tracks.*

*Murphy* v. *Eighth Ave. R. R. Co.*, 196 App. Div. 882, affirmed.
(Argued January 13, 1922; decided January 31, 1922.)

Appeal from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered March 8, 1921, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for the death of plaintiff's intestate alleged to have been
occasioned by the negligence of defendant. Intestate,
while crossing Central Park West at One Hundred and
Ninth street in the city of New York at about eleven-
thirty at night was struck by one of defendant's cars and
killed. Plaintiff alleged that the motorman gave no
warning of the car's approach nor did the car slow up at
all up to the time it struck the intestate. Defendant
contended that the intestate was guilty of contributory
negligence.

*Michel Kirtland* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.